**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**Justin Hall,**
Plaintiff,

v.

**RPM Living, LLC,**
Defendant.

Civil Action No. _____

# COMPLAINT

Plaintiff Justin Hall ("Plaintiff"), proceeding pro se, files this Complaint against Defendant RPM Living, LLC ("Defendant"), and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 et seq.

2. Venue is proper in the Southern District of Texas pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in this district, and Defendant conducts business within this district.

## II. PARTIES

3. Plaintiff Justin Hall is an individual residing in Harris County, Texas.

4. Defendant RPM Living, LLC is a limited liability company doing business in Texas and was Plaintiff's employer at all relevant times.

## III. FACTUAL ALLEGATIONS

5. Plaintiff was employed by Defendant RPM Living, LLC.

6. Plaintiff has a disability within the meaning of the Americans with Disabilities Act.

7. Plaintiff disclosed his disability to Defendant and requested a reasonable accommodation.

8. Under the ADA, Defendant was required to engage in a good-faith interactive process to identify and implement a reasonable accommodation.

9. Defendant failed and refused to engage in the required interactive process after Plaintiff's accommodation request.

10. Defendant did not provide Plaintiff with any reasonable accommodation.

11. Instead of engaging in the interactive process, Defendant subjected Plaintiff to an adverse employment action.

12. Specifically, Plaintiff was demoted after requesting a reasonable accommodation.

13. Defendant's actions caused Plaintiff economic loss, emotional distress, and other damages.

14. Plaintiff realleges and incorporates by reference paragraphs 1 through 13 as if fully set forth herein.

15. Defendant's failure to engage in the interactive process violated the Americans with Disabilities Act.

16. Defendant's decision to demote Plaintiff rather than accommodate him constitutes disability discrimination under the ADA.

17. Plaintiff engaged in protected activity by requesting a reasonable accommodation.

18. Defendant retaliated against Plaintiff for engaging in protected activity by demoting him.

19. Defendant's retaliation violated the Americans with Disabilities Act.

## IV. CLAIMS FOR RELIEF

### COUNT I – Disability Discrimination (ADA)

20. Plaintiff is a qualified individual with a disability within the meaning of the ADA.

21. Plaintiff was able to perform the essential functions of his position with reasonable accommodation.

22. Defendant failed and refused to engage in the interactive process and failed to provide any reasonable accommodation.

23. Defendant subjected Plaintiff to an adverse employment action by demoting him.

24. Defendant's conduct constitutes unlawful disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. § 12112.

**COUNT II – Retaliation (ADA)**

25. Plaintiff engaged in protected activity by requesting a reasonable accommodation.

26. Defendant retaliated against Plaintiff by demoting him shortly after his accommodation request.

27. Defendant's conduct constitutes unlawful retaliation in violation of the Americans with Disabilities Act, 42 U.S.C. § 12203.

**V. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendant violated the Americans with Disabilities Act;
B. Award compensatory damages for lost wages, benefits, emotional distress, and other losses;
C. Award back pay and front pay as appropriate;
D. Award punitive damages as permitted by law;
E. Award costs of court; and
F. Grant such other and further relief as the Court deems just and proper.

**VI. JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

**VII. SIGNATURE**

Justin Hall

Plaintiff, Pro Se

1340 W. Gray Street

Houston, TX 77019

858-868-0451

Jth1222Jt@gmail.com

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX 77002
JAN 07, 2026
**$6.37**
S2324A501899-16

Retail

77002

RDC 99

United States Courts
Southern District of Texas
FILED
JAN 12 2026
Nathan Ochsner, Clerk of Court

Clerk of Court
U.S. District Court
Southern District of Texas
Houston Division
515 Rusk Street, Room 8014
Houston, TX 77002

Justin Hall
1340 W. Gray St
Apt 266
Houston, Texas 77019



9589 0710 5270 0556 9203 16